**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| John F. Wendrychowicz | | |
| DEBTOR | : | BKY. NO. 19-10650AMC13 |

**CERTIFICATION OF SERVICE**

I, MICHAEL A. CATALDO, hereby certify that a true and correct copy of Debtor's Order Dismissing Chapter 13 Case and Setting deadline for Applications of Allowances of Administrative Expenses has been served upon all creditors and parties in interest on the schedules and matrix via electronic means or First-Class mail.

Dated: May 10, 2019                         _____/s/_____
                                            MICHAEL A. CATALDO
                                            Cibik & Cataldo, P.C.
                                            1500 Walnut Street, Ste. 900
                                            Philadelphia, PA  19102
                                            (215) 735-1060