United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 19-10650-amc
John F. Wendrychowicz, Jr.                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 2          Date Rcvd: May 08, 2019
                              Form ID: pdf900          Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2019.
```
db           +John F. Wendrychowicz, Jr.,   2559 E Ontario Street,   Philadelphia, PA 19134-5332
14270854     +Carrington Mortgage Services,   Attn: Bankruptcy,   PO Box 3730,   Anaheim, CA 92803-3730
14304748     +Carrington Mortgage Services, LLC,   1600 South Douglass Road,   Anaheim, CA 92806-5951
14276644     +Carrington Mortgage Services, LLC,   c/o Kevin G. McDonald, Esquire,   KML Law Group, P.C.,
               701 Market Street, Suite 5000,   Philadelphia, Pa 19106-1541
14270860     +Eos Cca,   Attn: Bankruptcy,   PO Box 329,   Norwell, MA 02061-0329
14270861     +Equifax,   P.O. Box 740241,   Atlanta, GA 30374-0241
14270862     +Experian,   Profile Maintenance,   P.O. Box 9558,   Allen, Texas 75013-9558
14270864     +KML Law Group,   701 Market Street,   Suite 5000,   Philadelphia, PA 19106-1541
14270865      PA Dept. of Revenue,   Bankruptcy Division,   Bureau of Compliance,   P.O. Box 280946,
               Harrisburg, PA 17120-0946
14270867     +PGW,   Legal Dept. 4th Floor,   800 W. Montgomery Avenue,   Philadelphia, PA 19122-2806
14270869     +Trans Union Corporation,   Public Records Department,   555 West Adams Street,
               Chicago, IL 60661-3631
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: megan.harper@phila.gov May 09 2019 02:42:43    City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 09 2019 02:42:21
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 09 2019 02:42:37    U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14270857      E-mail/Text: megan.harper@phila.gov May 09 2019 02:42:43    City Of Philadelphia,
               Major Tax Unit/Bankruptcy Dept.,   1401 JFK Blvd, Room 580,   Philadelphia, PA 19102
14270858      E-mail/Text: megan.harper@phila.gov May 09 2019 02:42:43    City of Philadelphia,
               Bankruptcy Unit,   15th Floor,   1515 Arch Street,   Philadelphia, PA 19102
14270379     +E-mail/Text: megan.harper@phila.gov May 09 2019 02:42:43
               CITY OF PHILADELPHIA LAW DEPARTMENT,   TAX & REVENUE UNIT,   BANKRUPTCY GROUP, MSB,
               1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,   PHILADELPHIA, PA 19102-1613
14270855     +E-mail/Text: ecf@ccpclaw.com May 09 2019 02:42:10    Cibik & Cataldo, P.C.,
               1500 Walnut Street, Suite 900,   Philadelphia, PA 19102-3518
14270859     +E-mail/Text: bankruptcy@philapark.org May 09 2019 02:42:54    City of Philadelphia,
               Parking Violations Branch,   PO Box 41819,   Philadelphia, PA 19101-1819
14270863      E-mail/Text: cio.bncmail@irs.gov May 09 2019 02:42:13    I.R.S.,   P.O. Box 7346,
               Philadelphia, PA 19101-7346
14284517      E-mail/PDF: resurgentbknotifications@resurgent.com May 09 2019 02:49:38    LVNV Funding, LLC,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14270866      E-mail/Text: bankruptcygroup@peco-energy.com May 09 2019 02:42:14    Peco Energy,
               2301 Market Street # N 3-1,   Legal Department,   Philadelphia PA 19103-1338
14270868     +E-mail/Text: bankruptcy@philapark.org May 09 2019 02:42:54    Philadelphia Parking Authority,
               Bankruptcy Department,   701 Market Street,   Philadelphia, PA 19106-2895
14270870     +E-mail/Text: bncnotice@ph13trustee.com May 09 2019 02:42:54    William C. Miller, Esquire,
               Chapter 13 Trustee,   P.O. Box 1229,   Philadelphia, PA 19105-1229
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14277425*    +Carrington Mortgage Services, LLC,   c/o Kevin G. McDonald, Esquire,   KML Law Group, P.C.,
               701 Market Street, Suite 5000,   Philadelphia, Pa 19106-1541
14270856*    +Cibik and Cataldo, P.C.,   1500 Walnut Street,   Suite 900,   Philadelphia, PA 19102-3518
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2019                                  Signature:  /s/Joseph Speetjens

Case 19-10650-amc    Doc 27    Filed 05/10/19    Entered 05/11/19 01:00:08    Desc Imaged
Certificate of Notice    Page 2 of 3

```
District/off: 0313-2           User: JEGilmore              Page 2 of 2                   Date Rcvd: May 08, 2019
                               Form ID: pdf900              Total Noticed: 24
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2019 at the address(es) listed below:

```
          KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as trustee of
           Stanwich Mortgage Loan Trust C bkgroup@kmllawgroup.com
          MICHAEL A. CATALDO2    on behalf of Debtor John F. Wendrychowicz, Jr. ecf@ccpclaw.com,
           igotnotices@ccpclaw.com
          MICHAEL A. CIBIK2    on behalf of Debtor John F. Wendrychowicz, Jr. ecf@ccpclaw.com,
           igotnotices@ccpclaw.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                            TOTAL: 5
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
John F. Wendrychowicz

      DEBTORS : BKY. NO. 19-10650AMC13

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE
FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

AND NOW, consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expense (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within (5) days of the entry of this Order. Counsel shall file a Certification of Service confirming that such service has been affected within fifteen (15) days of the entry of this Order.

7. A hearing shall be held on _May 28_, 2019 at _11:00 am_, in Bankruptcy Court No. 4, U.S. Courthouse, 901 Market Street, Philadelphia, PA to consider the application.

By the Court:

Date: May 6, 2019

_____ 5/7/19
Hon. ASHELY M. CHAN