**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : CHAPTER 13
John F. Wendrychowicz, Jr.

    DEBTOR : BKY. NO. 19-10650AMC13

**CERTIFICATION OF NO RESPONSE**

I, Michael A. Cataldo, Esquire, hereby certify that no answer, objection, other responsive pleading or request for hearing has been filed within the time allowed by law to the Notice of Application and Application to Approve Counsel Fees.

    Respectfully Submitted,

Date: May 28, 2019     _____s/_____
    MICHAEL A. CATALDO, ESQUIRE
    CIBIK & CATALDO, P.C.
    1500 WALNUT STREET, STE. 900
    PHILADELPHIA, PA 19102
    (215) 735-1060