IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: JOHN WENDRYCHOWICZ,<br>Debtor(s). | Case No. 19-10650AMC13<br><br>Chapter 13 |

ORDER APPROVING APPLICATION FOR COMPENSATION

AND NOW, this 28th day of MAY, 2019, upon consideration of the Application for Compensation, it is

ORDERED that compensation of **$4,000.00** is allowed and the balance due to counsel in the amount of **$3,000.00** shall be disbursed by the Trustee to the extent provided for in the confirmed plan.

BY THE COURT

_____
HON. ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE